UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE NEW YORK TIMES COMPANY,                         :

                                                    :   ORDER
                     Plaintiff,
                                                    :   20 Civ. 3063 (GWG)

   -v.-
                                                    :

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,                                                                 :

                 Defendant.                             :
----------------------------------------------------------------X
----------------------------------------------------------------X
DOWN JONES & COMPANY, INC. and                 :
CHRISTOPHER WEAVER,

                                                    :   ORDER
                     Plaintiffs,
                                                    :   20 Civ. 3145 (GWG)

   -v.-
                                                    :

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,                                                                 :

                 Defendant.                             :
----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      At the parties' request, the above actions are consolidated for all purposes pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure. Any future filings shall be made only in Docket 20 Civ. 3063 and shall be deemed to be filed in both cases.

      The parties are directed to confer and, by July 17, 2020, either file a plan pursuant to Fed. R. Civ. P. 26(f) or file a letter containing a proposal (or separate proposals) for the disposition of these two cases. If the parties seek a conference with the Court, they may so state in their filing.

SO ORDERED.

Dated: June 30, 2020
       New York, NY

                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge