UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>  Plaintiff,<br><br>– against –<br><br>DEPARTMENT OF HEALTH &<br>HUMAN SERVICES,<br><br>  Defendant. | Case No.: 20-cv-3063 |
| DOW JONES & COMPANY, INC. and<br>CHRISTOPHER WEAVER,<br><br>  Plaintiffs,<br><br>– against –<br><br>DEPARTMENT OF HEALTH &<br>HUMAN SERVICES,<br><br>  Defendant. | Case No.: 20-cv-3145 (consolidated) |

## PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment and in Support of Plaintiffs' Cross-Motion for Summary Judgment, dated September 14, 2020, the Declarations of Mark P. Butterbrodt, M.D. and Matthew E. Kelley, the exhibits thereto, and all prior papers and proceedings in this action, Plaintiffs shall move this Court at such time and date as set by the Court for an order (i) granting Plaintiffs' cross-motion for summary judgment; (ii) declaring that the documents sought by Plaintiffs are public under 5 U.S.C. § 552 and must be disclosed; (iii) directing Defendant to provide the requested records to Plaintiffs within 20 business days of the Court's order; (iv) awarding Plaintiffs the costs of this proceeding, including reasonable attorney's fees, as

expressly permitted by 5 U.S.C. § 552 (a)(4)(E); and (v) granting such other and further relief as the Court deems just and proper.

Dated: New York, NY
September 14, 2020

Respectfully submitted,

By: /s/ Matthew E. Kelley
Seth D. Berlin
Matthew E. Kelley (admitted *pro hac vice*)
Ballard Spahr LLP
1909 K Street, NW
12th Floor
Washington, DC 20006-1157
Phone: 202-508-1122
Fax: 202-661-2299
Email: berlins@ballardspahr.com
kelleym@ballardspahr.com

*Counsel for Plaintiffs Dow Jones & Company, Inc. and Christopher Weaver*

David E. McCraw
Al-Amyn Sumar
Alexandra Perloff-Giles
The New York Times Company
Legal Department
620 Eighth Avenue
New York, NY 10018
Phone: 212-556-4031
Fax: (212) 556-4634
Email: mccrad@nytimes.com
al-amyn.sumar@nytimes.com
aperloffgiles@nytimes.com

*Counsel for Plaintiff The New York Times Company*