```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
THE NEW YORK TIMES COMPANY,           :

                Plaintiff,            :
                                           ORDER
                                      :
        -v.-
                                      :  20 Civ. 3063 (GWG)

DEPARTMENT OF HEALTH & HUMAN
SERVICES,                             :

                Defendant.            :
---------------------------------------------------------------x
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

Counsel for defendant is directed to deliver to Chambers at 500 Pearl Street, New York, NY 10007 (by mail, hand delivery, or email), ex parte and for in camera review, an unredacted version of the document at issue in this case. If counsel wishes to email the document, counsel should contact Chambers by telephone for instructions on how to do so.

SO ORDERED.

Dated: November 20, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge