# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

THE NEW YORK TIMES COMPANY,

                    Plaintiff,                20 **CIVIL** 3063 (GWG)

         -against-                     **JUDGMENT**

DEPARTMENT OF HEALTH & HUMAN
SERVICES,

                  Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 13, 2021, HHS's motion for summary judgment (Docket # 19) is denied and plaintiffs' cross-motion (Docket # 22) is granted.
.

**Dated:**  New York, New York
          January 22, 2021

                                             **RUBY J. KRAJICK**
                                             _____
                                                  **Clerk of Court**
                            **BY:**
                                               _____
                                                    **Deputy Clerk**