UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
THE NEW YORK TIMES COMPANY,          :
                                     :
                Plaintiff,           :
                                     :  ORDER
                                     :
        -v.-                         :
                                     :  20 Civ. 3063 (GWG)
DEPARTMENT OF HEALTH & HUMAN         :
SERVICES,                            :
                                     :
                Defendant.           :
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

On January 13, 2021, we issued an Opinion and Order, see New York Times Co. v. Dept. of Health & Human Services, 2021 WL 113325 (S.D.N.Y. Jan. 13, 2021), that ordered the defendant to produce the Report that was the subject of that Opinion and Order within 14 days: that is, on or before January 27, 2021. The Government sought a stay pending appeal of that Order. (Docket # 32). The plaintiffs opposed the request. (Docket # 34). The Court then granted the request for a stay with certain conditions attached. See New York Times Co. v. Dept. of Health & Human Services, 2021 WL 235138 (S.D.N.Y. Jan. 25, 2021).

A panel of the Second Circuit today affirmed the Court's decision on the merits. Accordingly, the Court has sua sponte reconsidered the application of the factors that caused the Court to grant the stay pending appeal in the first place. The first factor --- "whether the movant has demonstrated a strong showing that he is likely to succeed on the merits" – now overwhelmingly favors denying a stay in light of the panel's decision.

Accordingly, the stay pending appeal is vacated. The Report, with the redactions previously permitted, shall be produced to plaintiff on or before October 5, 2021. The Court will stay the effect of this Order in the event that the Government files on ECF a letter indicating that it has filed a motion for a stay pending appeal with the Second Circuit.

      SO ORDERED.

Dated: September 30, 2021
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge